THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIRSO SALCEDO, Appellant.

Submitted July 15, 2013; decided October 10, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no civil appeal lies from the order of

Supreme Court entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90). Motion for poor person relief dismissed as academic.